# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
Niaz Mirza § Case No. 13-33680
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/23/2013. The undersigned trustee was appointed on 08/23/2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 112,000.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 57,335.78 |
| Bank service fees | | 710.10 |
| Other payments to creditors | | 29,465.42 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 284.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 24,204.70 |

The remaining funds are available for distribution.

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 02/20/2014 and the deadline for filing governmental claims was 02/20/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 8,835.80 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 8,835.80 , for a total compensation of $ 8,835.80 $^2$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 9.20 , for total expenses of $ 9.20 $^2$.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/31/2018                By:/s/Joji Takada, Chapter 7 Trustee
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

| Case No: | 13-33680 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Niaz Mirza | | | | Date Filed (f) or Converted (c): | 08/23/2013 (f) |
| | | | | | 341(a) Meeting Date: | 10/03/2013 |
| For Period Ending: | 01/31/2018 | | | | Claims Bar Date: | 02/20/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1432 Fawn Ct Bolingbrook, Il 60440 | 217,000.00 | 50,153.00 | | 0.00 | FA |
| 2. 314 157Th Calumet, City | 15,000.00 | 15,000.00 | | 85,000.00 | FA |
| 3. 308 Merrill Ave, Calumet City, Il 60409 Joint With Brother | 87,820.00 | 36,624.00 | | 27,000.00 | FA |
| 4. Cash On Hand | 100.00 | 0.00 | | 0.00 | FA |
| 5. Checking Account W/Chase | 600.00 | 500.00 | | 0.00 | FA |
| 6. Checking Joint With Son | 400.00 | 0.00 | | 0.00 | FA |
| 7. Misc. Household Goods (Bedroom Furniture, Kitchen Appliances | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. Books, Pictures, Videos, And Dvds | 100.00 | 0.00 | | 0.00 | FA |
| 9. Used Clothing | 200.00 | 0.00 | | 0.00 | FA |
| 10. Misc. Costume Jewelry | 75.00 | 0.00 | | 0.00 | FA |
| 11. Claim For Unpaid Rent From Former Tenant | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 12. 2004 Jeep Grand Cherokee | 2,000.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

TOTALS (Excluding Unknown Values)     $326,295.00     $104,277.00     Gross Value of Remaining Assets $112,000.00     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor disclosed an interest in rental property that Debtor and relative are owners and mortgagees; Trustee has hired broker to market and sell real property.

Exhibit A

Property sold; Estate tax return to be prepared/filed. - Joji Takada 11/30/2014

Looking at additional rental real estate after mortgagee released lien and dismissed foreclosure proceedings. - Joji Takada 3/9/2015

Continuing to list additional rental property. - Joji Takada 7/24/2015

Continuing to list additional rental property. - Joji Takada 10/30/2015

Continuing to list additional rental property. - Joji Takada 12/22/2015

Continuing to list additional rental property. - Joji Takada 6/22/2016

Sold additional rental property. - Joji Takada 11/22/2016

Final tax returns in process. - Joji Takada 12/20/2016

Resolving tax issue. - Joji Takada 3/25/2017

Prepare TFR and distribution. - Joji Takada 8/1/2017

TFR with UST review. - Joji Takada 12/15/2017

Initial Projected Date of Final Report (TFR): 01/01/2015        Current Projected Date of Final Report (TFR): 12/30/2017

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD                                    Exhibit B

Case No: 13-33680  
Case Name: Niaz Mirza  
Taxpayer ID No: XX-XXX9732  
For Period Ending: 01/31/2018  

Trustee Name: Joji Takada, Chapter 7 Trustee  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX9926  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/26/15 | | Transfer from Acct # xxxxxx8205 | Transfer of Funds | 9999-000 | $26,455.24 | | $26,455.24 |
| 02/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $26,445.24 |
| 03/02/15 | 1001 | Arthur B Levine Company 4501 Cartwright Road, Suite 402 Missouri City, Texas 77459 | Blanket bond payment to Adams Levine | 2300-000 | | $29.01 | $26,416.23 |
| 03/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $35.50 | $26,380.73 |
| 04/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $39.23 | $26,341.50 |
| 05/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $37.90 | $26,303.60 |
| 06/05/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $39.11 | $26,264.49 |
| 07/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $37.79 | $26,226.70 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $38.99 | $26,187.71 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $38.93 | $26,148.78 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $37.62 | $26,111.16 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $38.82 | $26,072.34 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $37.51 | $26,034.83 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $38.71 | $25,996.12 |

Page Subtotals: $26,455.24    $459.12

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**    Exhibit B

| Case No: | 13-33680 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|
| Case Name: | Niaz Mirza | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX9926 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX9732 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 01/31/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $38.65 | $25,957.47 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $36.10 | $25,921.37 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $38.54 | $25,882.83 |
| 11/01/16 | | Chicago Title Trust Company | Proceeds from sale 308 Merrill, Calumet City | | | $423.67 | | $26,306.50 |
| | | | Gross Receipts | $27,000.00 | | | | |
| | | Credit to Buyer re 2016 Property Taxes | Credit to Buyer | ($1,839.09) | 2500-000 | | | |
| | | Chicago Title Escrow Charges | Title closing costs and expenses | ($2,300.50) | 2500-000 | | | |
| | | Chicago Title Recording Charges | Title closing costs and expenses | ($40.50) | 2500-000 | | | |
| | | Cook County Property Taxes | Real estate taxes | ($2,945.57) | 2820-000 | | | |
| | | Prestige Partners | Real estate broker commission payment | ($775.00) | 3510-000 | | | |
| | | Coldwell Banker | Real estate broker commission payment | ($575.00) | 3510-000 | | | |
| | | Tax Redemption to Coount County | Real estate taxes | ($15,245.36) | 2820-000 | | | |
| | | MGR Title Services | Title closing costs and expenses | ($50.00) | 2500-000 | | | |
| | | Mike Hansbrough re cleanup/transfer stamp/water bill | Title closing costs and expenses | ($2,805.31) | 2420-000 | | | |
| | 3 | | 308 Merrill Ave, Calumet City, Il 60409 Joint With Brother | $27,000.00 | 1110-000 | | | |
| 12/23/16 | 1002 | Law Offices of Zane Zielinski PC 6336 N Cicero Ave #201 Chicago, IL 60646 | Payment to trustee professional Bankruptcy counsel | | | | $1,817.80 | $24,488.70 |
| | | Law Offices of Zane Zielinski PC | | ($1,800.00) | 3210-000 | | | |

| | | Page Subtotals: | | $423.67 | $1,931.09 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 13-33680  
Case Name: Niaz Mirza  
Taxpayer ID No: XX-XXX9732  
For Period Ending: 01/31/2018  

Trustee Name: Joji Takada, Chapter 7 Trustee  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX9926  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Law Offices of Zane Zielinski PC | ($17.80) | 3220-000 | | | |
| 05/16/17 | 1003 | Mirza, Niaz c/o Gleason Gleason 77 W Washington #1218 Chicago, IL, 60602 | Administrative Expense Debtor's post-petition payment of estate expense relating to preservation of asset | 8100-002 | | $284.00 | $24,204.70 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $26,878.91 | $2,674.21 |
| Less: Bank Transfers/CD's | $26,455.24 | $0.00 |
| Subtotal | $423.67 | $2,674.21 |
| Less: Payments to Debtors | $0.00 | $284.00 |
| Net | $423.67 | $2,390.21 |

Page Subtotals:       $0.00       $284.00

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 13-33680 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Niaz Mirza | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX8205 |
| | Checking |
| Taxpayer ID No: XX-XXX9732 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/31/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/21/14 | | Chicago Title and Trust Company | Proceeds from sale | | $15,881.68 | | $15,881.68 |
| | | | Gross Receipts       $85,000.00 | | | | |
| | | 2011 to 2013 Tax Sale Redemption | Real estate taxes       ($15,000.00) | 4700-000 | | | |
| | | Michael Hansbrough--Reimbursement of Calumet City stamps and water certification | Title closing costs and expenses       ($366.20) | 2500-000 | | | |
| | | Prorated County Taxes 2013 and 2014 | Real estate taxes       ($5,388.83) | 2500-000 | | | |
| | | Michael Hansbrough--Retain earnest money as part of commission | Real estate broker commission payment       ($1,000.00) | 3510-000 | | | |
| | | Michael Hansbrough--Real Estate Broker Commission | Real estate broker commission payment       ($3,250.00) | 3510-000 | | | |
| | | Michael Hansbrough--Reimbursement for repairs | Title closing costs and expenses       ($2,662.04) | 2500-000 | | | |
| | | Chicago Title and Trust Company--Improvement Escrow | Title closing costs and expenses       ($22,000.00) | 2500-000 | | | |
| | | Chicago Title and Trust Company--Recording Charges | Title closing costs and expenses       ($52.00) | 2500-000 | | | |
| | | Chicago Title and Trust Company--Title charges | Title closing costs and expenses       ($565.00) | 2500-000 | | | |
| | | Chicago Title and Trust Company--Transfer taxes | Title closing costs and expenses       ($127.50) | 2500-000 | | | |
| | | Seller Credit re owners policy | Title closing costs and expenses       ($1,525.00) | 2500-000 | | | |
| | | Anton Sharpe--Repair reimbursement | Title closing costs and expenses       ($525.00) | 2500-000 | | | |
| | | Jose Juarez--Repair reimbursement | Title closing costs and expenses       ($425.07) | 2500-000 | | | |
| | | Studnicka and Associates--Survey | Title closing costs and expenses       ($350.00) | 2500-000 | | | |
| | | Sajja Mirza--Mortgagee | Mortgage payoff       ($15,881.68) | 4110-000 | | | |
| | | | Page Subtotals: | | $15,881.68 | $0.00 | |

UST Form 101-7-TFR (5/1/2011)   *(Page: 8)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 13-33680 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Niaz Mirza | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX8205 |
| | Checking |
| Taxpayer ID No: XX-XXX9732 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/31/2018 | Separate Bond (if applicable): |

Exhibit B

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | 2 | | 314 157Th  Calumet, City | $85,000.00 | 1110-000 | | | |
| 07/24/14 | 100001 | Clerk, US Bankruptcy Court 291 S Dearborn St Chicago, IL 60604 Attn: Kelly Brennan | Filing Fee Deferred fee re: Motion to Sell | | 2700-000 | | $176.00 | $15,705.68 |
| 08/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $10.00 | $15,695.68 |
| 08/22/14 | | Chicago Title and Trust Company | Real estate taxes Return of balance of 2012 real estate tax redemption escrow | | 4700-000 | | ($1,416.26) | $17,111.94 |
| 09/08/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $23.44 | $17,088.50 |
| 10/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $23.50 | $17,065.00 |
| 10/14/14 | | Chicago Title and Trust Company | Return of Funds to Trustee Return of repair funds escrow from City of Calumet | | 2500-000 | | ($9,500.00) | $26,565.00 |
| 11/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $32.20 | $26,532.80 |
| 12/05/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $38.17 | $26,494.63 |
| 01/08/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $39.39 | $26,455.24 |
| 01/26/15 | | Transfer to Acct # xxxxxx9926 | Transfer of Funds | | 9999-000 | | $26,455.24 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $15,881.68 | $15,881.68 |
| Less: Bank Transfers/CD's | $0.00 | $26,455.24 |
| Subtotal | $15,881.68 | ($10,573.56) |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $15,881.68 | ($10,573.56) |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $15,881.68 |

UST Form 101-7-TFR (5/1/2011)    *(Page: 9)*

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8205 - Checking | $15,881.68 | ($10,573.56) | $0.00 |
| XXXXXX9926 - Checking | $423.67 | $2,390.21 | $24,204.70 |
|  | $16,305.35 | ($8,183.35) | $24,204.70 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $95,694.65 |
|---|---|
| Total Net Deposits: | $16,305.35 |
| Total Gross Receipts: | $112,000.00 |

Page Subtotals:    $0.00    $0.00

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 13-33680  
Debtor Name: Niaz Mirza  
Claims Bar Date: 2/20/2014  

Date: February 1, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 99 8100 | Niaz Mirza<br>c/o Gleason Gleason<br>77 W Washington #1218<br>Chicago, IL, 60602 | Administrative | | $0.00 | $284.00 | $284.00 |
| 100 2100 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL  60646 | Administrative | | $0.00 | $8,835.80 | $8,835.80 |
| 100 2200 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL  60646 | Administrative | | $0.00 | $9.20 | $9.20 |
| 100 3210 | Frank Gecker LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, Illinois 60654 | Administrative | | $0.00 | $0.00 | $0.00 |
| 100 3210 | Law Offices of Zane Zielinski PC<br>6336 N Cicero Ave #201<br>Chicago, IL 60646 | Administrative | | $0.00 | $1,800.00 | $1,800.00 |
| 100 3220 | Law Offices of Zane Zielinski PC<br>6336 N Cicero Ave #201<br>Chicago, IL 60646 | Administrative | | $0.00 | $17.80 | $17.80 |
| 100 3320 | Frank Gecker LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, Illinois 60654 | Administrative | | $0.00 | $0.00 | $0.00 |
| 100 3410 | Callero and Callero LLP<br>7800 N. Milwaukee Avenue<br>Niles, IL 60714<br>Attn: Ryan Matsui | Administrative | | $0.00 | $1,047.50 | $1,047.50 |
| 100 3420 | Callero and Callero LLP<br>7800 N. Milwaukee Avenue<br>Niles, IL 60714<br>Attn: Ryan Matsui | Administrative | | $0.00 | $0.00 | $0.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 13-33680  
Debtor Name: Niaz Mirza  
Claims Bar Date: 2/20/2014

Date: February 1, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 1 300 7100 | Atlas Acquisitions Llc (First Equity Commercial C<br>294 Union St.<br>Hackensack, Nj 07601 | Unsecured | | $0.00 | $6,378.86 | $6,378.86 |
| 2 300 7100 | American Infosource Lp As Agent For<br>Midland Funding Llc<br>Po Box 268941<br>Oklahoma City, Ok 73126-8941 | Unsecured | | $0.00 | $6,017.13 | $6,017.13 |
| 3 300 7100 | DISCOVER BANK<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  43054-3025 | Unsecured | | $0.00 | $11,624.40 | $11,624.40 |
| 4 300 7100 | First National Bank Of Omaha<br>1620 Dodge Street Stop Code 3105<br>Omaha Ne 68197 | Unsecured | | $0.00 | $1,021.12 | $1,021.12 |
| 5 300 7100 | Capital One Bank (Usa) N. A.<br>Capital One Bank (Usa), N.A.<br>By American Infosource Lp As Agent<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Unsecured | | $0.00 | $1,938.91 | $1,938.91 |
| 6 300 7100 | Capital One Bank (Usa) N. A.<br>Capital One Bank (Usa), N.A.<br>By American Infosource Lp As Agent<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Unsecured | | $0.00 | $3,987.83 | $3,987.83 |
| 7 300 7100 | American Express Centurion Bank<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Unsecured | | $0.00 | $8,329.07 | $8,329.07 |
| 8 300 7100 | Fsb American Express Bank<br>American Express Bank, Fsb<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Unsecured | | $0.00 | $12,289.09 | $12,289.09 |
| 9 300 7100 | N. A. Capital One<br>Capital One, N.A.<br>Po Box 12907<br>Norfolk, Va 23541 | Unsecured | | $0.00 | $2,726.35 | $2,726.35 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 13-33680  
Debtor Name: Niaz Mirza  
Claims Bar Date: 2/20/2014  

Date: February 1, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 10 300 7100 | Merrick Bank<br>Resurgent Capital Services<br>Po Box 10368<br>Greenville, Sc 29603-0368 | Unsecured | | $0.00 | $886.02 | $886.02 |
| | Case Totals | | | $0.00 | $67,193.08 | $67,193.08 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-33680
Case Name: Niaz Mirza
Trustee Name: Joji Takada, Chapter 7 Trustee

Balance on hand $ 24,204.70

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ 8,835.80 | $ 0.00 | $ 8,835.80 |
| Trustee Expenses: Joji Takada | $ 9.20 | $ 0.00 | $ 9.20 |
| Attorney for Trustee Fees: Law Offices of Zane Zielinski PC | $ 1,800.00 | $ 1,800.00 | $ 0.00 |
| Attorney for Trustee Expenses: Law Offices of Zane Zielinski PC | $ 17.80 | $ 17.80 | $ 0.00 |
| Accountant for Trustee Fees: Frank Gecker LLP | $ 0.00 | $ 0.00 | $ 0.00 |
| Other: Callero and Callero LLP | $ 1,047.50 | $ 0.00 | $ 1,047.50 |
| Other: Frank Gecker LLP | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses   $   9,892.50

Remaining Balance   $   14,312.20

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 55,198.78 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 25.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Atlas Acquisitions Llc (First Equity Commercial C | $ 6,378.86 | $ 0.00 | $ 1,653.94 |
| 2 | American Infosource Lp As Agent For | $ 6,017.13 | $ 0.00 | $ 1,560.15 |
| 3 | DISCOVER BANK | $ 11,624.40 | $ 0.00 | $ 3,014.03 |
| 4 | First National Bank Of Omaha | $ 1,021.12 | $ 0.00 | $ 264.76 |
| 5 | Capital One Bank (Usa) N. A. | $ 1,938.91 | $ 0.00 | $ 502.73 |
| 6 | Capital One Bank (Usa) N. A. | $ 3,987.83 | $ 0.00 | $ 1,033.98 |
| 7 | American Express Centurion Bank | $ 8,329.07 | $ 0.00 | $ 2,159.60 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8 | Fsb American Express Bank | $ 12,289.09 | $ 0.00 | $ 3,186.37 |
| 9 | N. A. Capital One | $ 2,726.35 | $ 0.00 | $ 706.90 |
| 10 | Merrick Bank | $ 886.02 | $ 0.00 | $ 229.74 |
| | Total to be paid to timely general unsecured creditors | | | $ 14,312.20 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE