# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

|  |  |  |
|---|---|---|
| In Re: | § | |
| | § | |
| Niaz Mirza | § | Case No. 13-33680 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joji Takada, Chapter 7 Trustee , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 204,100.00 *(Without deducting any secured claims)* | Assets Exempt: 19,375.00 |
| Total Distributions to Claimants:  43,802.62 | Claims Discharged Without Payment:  365,891.58 |
| Total Expenses of Administration:  67,913.38 | |

3) Total gross receipts of $ 112,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 284.00  (see **Exhibit 2**), yielded net receipts of $ 111,716.00  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 203,043.00 | $ 29,465.42 | $ 29,465.42 | $ 29,465.42 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 67,913.38 | 67,913.38 | 67,913.38 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 121,987.00 | 55,198.78 | 55,198.78 | 14,337.20 |
| **TOTAL DISBURSEMENTS** | $ 325,030.00 | $ 152,577.58 | $ 152,577.58 | $ 111,716.00 |

4)  This case was originally filed under chapter 7 on  08/23/2013 .  The case was pending for 67 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  02/12/2019                   By:/s/Joji Takada, Chapter 7 Trustee
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 308 Merrill Ave, Calumet City, Il 60409 Joint With Brother | 1110-000 | 27,000.00 |
| 314 157Th  Calumet, City | 1110-000 | 85,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 112,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Mirza, Niaz | Exemptions | 8100-002 | 284.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 284.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citimortgage Inc Po Box 9438,dept 0251 Gaithersburg, MD 20898 | | 151,847.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wachovia Mortgage/ Attn: Bankruptcy Dept.(T7419-015) Po Box 659558 San Antonio, TX 78265 | | 51,196.00 | NA | NA | 0.00 |
| | Wells Fargo Home Mortgage 7255 Baymeadows Wa Des Moines, IA 50306 | | 0.00 | NA | NA | 0.00 |
| | Sajja Mirza--Mortgagee | 4110-000 | NA | 15,881.68 | 15,881.68 | 15,881.68 |
| | 2011 to 2013 Tax Sale Redemption | 4700-000 | NA | 15,000.00 | 15,000.00 | 15,000.00 |
| | Chicago Title and Trust Company | 4700-000 | NA | -1,416.26 | -1,416.26 | -1,416.26 |
| **TOTAL SECURED CLAIMS** | | | **$ 203,043.00** | **$ 29,465.42** | **$ 29,465.42** | **$ 29,465.42** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | 2100-000 | NA | 8,835.80 | 8,835.80 | 8,835.80 |
| Joji Takada | 2200-000 | NA | 9.20 | 9.20 | 9.20 |
| Arthur B Levine Company | 2300-000 | NA | 29.01 | 29.01 | 29.01 |
| Mike Hansbrough re cleanup/transfer stamp/water bill | 2420-000 | NA | 2,805.31 | 2,805.31 | 2,805.31 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Anton Sharpe--Repair reimbursement | 2500-000 | NA | 525.00 | 525.00 | 525.00 |
| Chicago Title and Trust Company | 2500-000 | NA | -9,500.00 | -9,500.00 | -9,500.00 |
| Chicago Title and Trust Company--Improvement Escrow | 2500-000 | NA | 22,000.00 | 22,000.00 | 22,000.00 |
| Chicago Title and Trust Company--Recording Charges | 2500-000 | NA | 52.00 | 52.00 | 52.00 |
| Chicago Title and Trust Company--Title charges | 2500-000 | NA | 565.00 | 565.00 | 565.00 |
| Chicago Title and Trust Company--Transfer taxes | 2500-000 | NA | 127.50 | 127.50 | 127.50 |
| Chicago Title Escrow Charges | 2500-000 | NA | 2,300.50 | 2,300.50 | 2,300.50 |
| Chicago Title Recording Charges | 2500-000 | NA | 40.50 | 40.50 | 40.50 |
| Credit to Buyer re 2016 Property Taxes | 2500-000 | NA | 1,839.09 | 1,839.09 | 1,839.09 |
| Jose Juarez--Repair reimbursement | 2500-000 | NA | 425.07 | 425.07 | 425.07 |
| MGR Title Services | 2500-000 | NA | 50.00 | 50.00 | 50.00 |
| Michael Hansbrough--Reimbursement for repairs | 2500-000 | NA | 2,662.04 | 2,662.04 | 2,662.04 |
| Michael Hansbrough--Reimbursement of Calumet City stamps and water certification | 2500-000 | NA | 366.20 | 366.20 | 366.20 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Prorated County Taxes 2013 and 2014 | 2500-000 | NA | 5,388.83 | 5,388.83 | 5,388.83 |
| Seller Credit re owners policy | 2500-000 | NA | 1,525.00 | 1,525.00 | 1,525.00 |
| Studnicka and Associates--Survey | 2500-000 | NA | 350.00 | 350.00 | 350.00 |
| Associated Bank | 2600-000 | NA | 543.40 | 543.40 | 543.40 |
| The Bank of New York Mellon | 2600-000 | NA | 166.70 | 166.70 | 166.70 |
| Clerk, US Bankruptcy Court | 2700-000 | NA | 176.00 | 176.00 | 176.00 |
| Cook County Property Taxes | 2820-000 | NA | 2,945.57 | 2,945.57 | 2,945.57 |
| Tax Redemption to Coount County | 2820-000 | NA | 15,245.36 | 15,245.36 | 15,245.36 |
| Law Offices of Zane Zielinski PC | 3210-000 | NA | 1,800.00 | 1,800.00 | 1,800.00 |
| Law Offices of Zane Zielinski PC | 3220-000 | NA | 17.80 | 17.80 | 17.80 |
| Callero and Callero LLP | 3410-000 | NA | 1,022.50 | 1,022.50 | 1,022.50 |
| Callero and Callero LLP | 3420-000 | NA | 0.00 | 0.00 | 0.00 |
| Coldwell Banker | 3510-000 | NA | 575.00 | 575.00 | 575.00 |
| Michael Hansbrough--Real Estate Broker Commission | 3510-000 | NA | 3,250.00 | 3,250.00 | 3,250.00 |
| Michael Hansbrough--Retain earnest money as part of commission | 3510-000 | NA | 1,000.00 | 1,000.00 | 1,000.00 |
| Prestige Partners | 3510-000 | NA | 775.00 | 775.00 | 775.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 67,913.38 | $ 67,913.38 | $ 67,913.38 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express Po Box 3001 16 General Warren Blvd Malvern, PA 19355 | | 8,149.00 | NA | NA | 0.00 |
| | Bank Of America Attention: Recovery Department 4161 Peidmont Pkwy. Greensboro, NC 27410 | | 10,391.00 | NA | NA | 0.00 |
| | Blitt & Gaines 661 Glen Ave Wheeling, IL 60090 | | 0.00 | NA | NA | 0.00 |
| | Blitt & Gaines 661 Glen Ave Wheeling, IL 60090 | | 0.00 | NA | NA | 0.00 |
| | Cap1/mnrds 26525 N Riverwoods Blvd Mettawa, IL 60045 | | 2,544.00 | NA | NA | 0.00 |
| | Capital 1 Bank Attn: Bankruptcy Dept. Po Box 30285 Salt Lake City, UT 84130 | | 3,987.00 | NA | NA | 0.00 |
| | Capital 1 Bank Attn: Bankruptcy Dept. Po Box 30285 Salt Lake City, UT 84130 | | 1,808.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capstone Financial c/o Albert Law Firm 29 N Wacker Dr, #550 Chicago, IL 60606 | | 0.00 | NA | NA | 0.00 |
| | Chase Bank USA NA PO Box 15145 Wilmington, DE 19850 | | 6,671.00 | NA | NA | 0.00 |
| | Chase Mht Bk Attn:Bankruptcy Dept Po Box 15298 Wilmington, DE 19850 | | 186.00 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 23,052.00 | NA | NA | 0.00 |
| | Citibank Business Card Phillips and Cohen Mail Stop 875 Swarthmore, PA 19081 | | 9,546.00 | NA | NA | 0.00 |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | 11,674.00 | NA | NA | 0.00 |
| | Financial Recovery Sevices, Inc. PO Box 385908 Minneapolis, MN 55438-5908 | | 0.00 | NA | NA | 0.00 |
| | First National Bank Attention:FNN Legal Dept 1620 Dodge St. Stop Code: 3290 Omaha, NE 68197 | | 1,076.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Markoff & Krasny 29 N Wacker Dr, Ste 500 Chicago, IL 60606 | | 0.00 | NA | NA | 0.00 |
| | Merrick Bk Attn: Bankruptcy P.O. Box 9201 Old Bethpage, NY 11804 | | 951.00 | NA | NA | 0.00 |
| | Midland Credit Mgmt In 8875 Aero Dr San Diego, CA 92123 | | 6,338.00 | NA | NA | 0.00 |
| | Monarch Bank PO Box 21089 Philadelphia, PA 19114 | | 0.00 | NA | NA | 0.00 |
| | Nickolaou Michaels and Evans 7503 W 56th St Summit Argo, IL 60501 | | 0.00 | NA | NA | 0.00 |
| | PNC Bank 5033 Dempster Skokie, IL 60077 | | 17,000.00 | NA | NA | 0.00 |
| | Rnb-fields3/Macy's Macy's Bankruptcy Department Po Box 8053 Mason, OH 45040 | | 0.00 | NA | NA | 0.00 |
| | Rnb-fields3/Macy's Macy's Bankruptcy Department Po Box 8053 Mason, OH 45040 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sage Capital Recovery 1040 Kings Hwy N Cherry Hill, NJ 08034 | | 0.00 | NA | NA | 0.00 |
| | Security Credit Svcs 2653 West Oxford Loop, Ste 108 Oxford, MS 38655 | | 0.00 | NA | NA | 0.00 |
| | Unvl/citi Attn.: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | 18,614.00 | NA | NA | 0.00 |
| | Valentine & Kebartas PO Box 325 Lawrence, MA 01842 | | 0.00 | NA | NA | 0.00 |
| | Weltman Weinberg & Reis 180 N LaSalle St, Ste 240 Chicago, IL 60601 | | 0.00 | NA | NA | 0.00 |
| 7 | American Express Centurion Bank | 7100-000 | NA | 8,329.07 | 8,329.07 | 2,163.37 |
| 2 | American Infosource Lp As Agent For | 7100-000 | NA | 6,017.13 | 6,017.13 | 1,562.88 |
| 1 | Atlas Acquisitions Llc (First Equity Commercial C | 7100-000 | NA | 6,378.86 | 6,378.86 | 1,656.83 |
| 5 | Capital One Bank (Usa) N. A. | 7100-000 | NA | 1,938.91 | 1,938.91 | 503.61 |
| 6 | Capital One Bank (Usa) N. A. | 7100-000 | NA | 3,987.83 | 3,987.83 | 1,035.79 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | DISCOVER BANK | 7100-000 | NA | 11,624.40 | 11,624.40 | 3,019.29 |
| 4 | First National Bank Of Omaha | 7100-000 | NA | 1,021.12 | 1,021.12 | 265.22 |
| 8 | Fsb American Express Bank | 7100-000 | NA | 12,289.09 | 12,289.09 | 3,191.94 |
| 10 | Merrick Bank | 7100-000 | NA | 886.02 | 886.02 | 230.13 |
| 9 | N. A. Capital One | 7100-000 | NA | 2,726.35 | 2,726.35 | 708.14 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 121,987.00 | $ 55,198.78 | $ 55,198.78 | $ 14,337.20 |

**Page:** 1

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 13-33680 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Niaz Mirza | | | | Date Filed (f) or Converted (c): | 08/23/2013 (f) |
| | | | | | 341(a) Meeting Date: | 10/03/2013 |
| For Period Ending: | 02/12/2019 | | | | Claims Bar Date: | 02/20/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  1432 Fawn Ct Bolingbrook, Il 60440 | 217,000.00 | 50,153.00 | | 0.00 | FA |
| 2.  314 157Th  Calumet, City | 15,000.00 | 15,000.00 | | 85,000.00 | FA |
| 3.  308 Merrill Ave, Calumet City, Il 60409 Joint With Brother | 87,820.00 | 36,624.00 | | 27,000.00 | FA |
| 4.  Cash On Hand | 100.00 | 0.00 | | 0.00 | FA |
| 5.  Checking Account W/Chase | 600.00 | 500.00 | | 0.00 | FA |
| 6.  Checking Joint With Son | 400.00 | 0.00 | | 0.00 | FA |
| 7.  Misc. Household Goods (Bedroom Furniture, Kitchen Appliances | 1,000.00 | 0.00 | | 0.00 | FA |
| 8.  Books, Pictures, Videos, And Dvds | 100.00 | 0.00 | | 0.00 | FA |
| 9.  Used Clothing | 200.00 | 0.00 | | 0.00 | FA |
| 10.  Misc. Costume Jewelry | 75.00 | 0.00 | | 0.00 | FA |
| 11.  Claim For Unpaid Rent From Former Tenant | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 12.  2004 Jeep Grand Cherokee | 2,000.00 | 0.00 | | 0.00 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $326,295.00 | $104,277.00 | | $112,000.00 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Exhibit 8

Debtor disclosed an interest in rental property that Debtor and relative are owners and mortgagees; Trustee has hired broker to market and sell real property.

Property sold; Estate tax return to be prepared/filed. - Joji Takada 11/30/2014

Looking at additional rental real estate after mortgagee released lien and dismissed foreclosure proceedings. - Joji Takada 3/9/2015

Continuing to list additional rental property. - Joji Takada 7/24/2015

Continuing to list additional rental property. - Joji Takada 10/30/2015

Continuing to list additional rental property. - Joji Takada 12/22/2015

 Continuing to list additional rental property. - Joji Takada 6/22/2016

Sold additional rental property. - Joji Takada 11/22/2016

Final tax returns in process. - Joji Takada 12/20/2016

Resolving tax issue. - Joji Takada 3/25/2017

Prepare TFR and distribution. - Joji Takada 8/1/2017

TFR with UST review. - Joji Takada 12/15/2017

Initial Projected Date of Final Report (TFR): 01/01/2015          Current Projected Date of Final Report (TFR): 12/30/2017

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 13-33680 | Trustee Name: Joji Takada, Chapter 7 Trustee | |
| Case Name: Niaz Mirza | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX9926 | |
| | Checking | |
| Taxpayer ID No: XX-XXX9732 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 02/12/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/26/15 | | Transfer from Acct # xxxxxx8205 | Transfer of Funds | 9999-000 | $26,455.24 | | $26,455.24 |
| 02/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $10.00 | $26,445.24 |
| 03/02/15 | 1001 | Arthur B Levine Company 4501 Cartwright Road, Suite 402 Missouri City, Texas 77459 | Blanket bond payment to Adams Levine | 2300-000 | | $29.01 | $26,416.23 |
| 03/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $35.50 | $26,380.73 |
| 04/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $39.23 | $26,341.50 |
| 05/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $37.90 | $26,303.60 |
| 06/05/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $39.11 | $26,264.49 |
| 07/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $37.79 | $26,226.70 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $38.99 | $26,187.71 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $38.93 | $26,148.78 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $37.62 | $26,111.16 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $38.82 | $26,072.34 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $37.51 | $26,034.83 |

Page Subtotals:       $26,455.24       $420.41

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 13-33680
Case Name: Niaz Mirza

Trustee Name: Joji Takada, Chapter 7 Trustee
Bank Name: Associated Bank
Account Number/CD#: XXXXXX9926
Checking

Taxpayer ID No: XX-XXX9732
For Period Ending: 02/12/2019

Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $38.71 | $25,996.12 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $38.65 | $25,957.47 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.10 | $25,921.37 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $38.54 | $25,882.83 |
| 11/01/16 | | Chicago Title Trust Company | Proceeds from sale 308 Merrill, Calumet City | | $423.67 | | $26,306.50 |
| | | | Gross Receipts $27,000.00 | | | | |
| | | Credit to Buyer re 2016 Property Taxes | Credit to Buyer ($1,839.09) | 2500-000 | | | |
| | | Chicago Title Escrow Charges | Title closing costs and expenses ($2,300.50) | 2500-000 | | | |
| | | Chicago Title Recording Charges | Title closing costs and expenses ($40.50) | 2500-000 | | | |
| | | Cook County Property Taxes | Real estate taxes ($2,945.57) | 2820-000 | | | |
| | | Prestige Partners | Real estate broker commission payment ($775.00) | 3510-000 | | | |
| | | Coldwell Banker | Real estate broker commission payment ($575.00) | 3510-000 | | | |
| | | Tax Redemption to Coount County | Real estate taxes ($15,245.36) | 2820-000 | | | |
| | | MGR Title Services | Title closing costs and expenses ($50.00) | 2500-000 | | | |
| | | Mike Hansbrough re cleanup/transfer stamp/water bill | Title closing costs and expenses ($2,805.31) | 2420-000 | | | |
| | 3 | | 308 Merrill Ave, Calumet City, Il 60409 Joint With Brother $27,000.00 | 1110-000 | | | |

Page Subtotals: $423.67 $152.00

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: 13-33680 | | | Trustee Name: Joji Takada, Chapter 7 Trustee | | | Exhibit 9 |
|---|---|---|---|---|---|---|
| Case Name: Niaz Mirza | | | Bank Name: Associated Bank | | | |
| | | | Account Number/CD#: XXXXXX9926 | | | |
| | | | Checking | | | |
| Taxpayer ID No: XX-XXX9732 | | | Blanket Bond (per case limit): $5,000,000.00 | | | |
| For Period Ending: 02/12/2019 | | | Separate Bond (if applicable): | | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/23/16 | 1002 | Law Offices of Zane Zielinski PC 6336 N Cicero Ave #201 Chicago, IL 60646 | Payment to trustee professional<br><br>Bankruptcy counsel | | | $1,817.80 | $24,488.70 |
| | | Law Offices of Zane Zielinski PC | ($1,800.00) | 3210-000 | | | |
| | | Law Offices of Zane Zielinski PC | ($17.80) | 3220-000 | | | |
| 05/16/17 | 1003 | Mirza, Niaz c/o Gleason Gleason 77 W Washington #1218 Chicago, IL, 60602 | Administrative Expense Debtor's post-petition payment of estate expense relating to preservation of asset | 8100-002 | | $284.00 | $24,204.70 |
| 04/09/18 | 1004 | Joji Takada 6336 North Cicero Avenue Chicago, IL 60646 | Final distribution per court order. | 2100-000 | | $8,835.80 | $15,368.90 |
| 04/09/18 | 1005 | Joji Takada 6336 North Cicero Avenue Chicago, IL 60646 | Final distribution per court order. | 2200-000 | | $9.20 | $15,359.70 |
| 04/09/18 | 1006 | Callero and Callero LLP 7800 N. Milwaukee Avenue Niles, IL 60714 Attn: Ryan Matsui | Final distribution per court order. | 3410-000 | | $1,022.50 | $14,337.20 |
| 04/09/18 | 1007 | Atlas Acquisitions Llc (First Equity Commercial C 294 Union St. Hackensack, Nj 07601 | Final distribution per court order. | 7100-000 | | $1,656.83 | $12,680.37 |
| 04/09/18 | 1008 | American Infosource Lp As Agent For Midland Funding Llc Po Box 268941 Oklahoma City, Ok 73126-8941 | Final distribution per court order. | 7100-000 | | $1,562.88 | $11,117.49 |
| 04/09/18 | 1009 | DISCOVER BANK DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | Final distribution per court order. | 7100-000 | | $3,019.29 | $8,098.20 |
| 04/09/18 | 1010 | First National Bank Of Omaha 1620 Dodge Street Stop Code 3105 Omaha Ne 68197 | Final distribution per court order. | 7100-000 | | $265.22 | $7,832.98 |

| | | | | Page Subtotals: | $0.00 | $18,473.52 |
|---|---|---|---|---|---|---|

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-33680 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Niaz Mirza | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX9926 |
| | Checking |
| Taxpayer ID No: XX-XXX9732 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/12/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/09/18 | 1011 | Capital One Bank (Usa) N. A. Capital One Bank (Usa), N.A. By American Infosource Lp As Agent Po Box 71083 Charlotte, Nc 28272-1083 | Final distribution per court order. | 7100-000 | | $503.61 | $7,329.37 |
| 04/09/18 | 1012 | Capital One Bank (Usa) N. A. Capital One Bank (Usa), N.A. By American Infosource Lp As Agent Po Box 71083 Charlotte, Nc 28272-1083 | Final distribution per court order. | 7100-000 | | $1,035.79 | $6,293.58 |
| 04/09/18 | 1013 | American Express Centurion Bank C O Becket And Lee Llp Pob 3001 Malvern, Pa 19355-0701 | Final distribution per court order. | 7100-000 | | $2,163.37 | $4,130.21 |
| 04/09/18 | 1014 | Fsb American Express Bank American Express Bank, Fsb C O Becket And Lee Llp Pob 3001 Malvern, Pa 19355-0701 | Final distribution per court order. | 7100-000 | | $3,191.94 | $938.27 |
| 04/09/18 | 1015 | N. A. Capital One Capital One, N.A. Po Box 12907 Norfolk, Va 23541 | Final distribution per court order. | 7100-000 | | $708.14 | $230.13 |
| 04/09/18 | 1016 | Merrick Bank Resurgent Capital Services Po Box 10368 Greenville, Sc 29603-0368 | Final distribution per court order. | 7100-000 | | $230.13 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $26,878.91 | $26,878.91 |
| Less: Bank Transfers/CD's | $26,455.24 | $0.00 |
| Subtotal | $423.67 | $26,878.91 |
| Less: Payments to Debtors | $0.00 | $284.00 |
| Net | $423.67 | $26,594.91 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $7,832.98 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 13-33680

Case Name: Niaz Mirza

Taxpayer ID No: XX-XXX9732

For Period Ending: 02/12/2019

Trustee Name: Joji Takada, Chapter 7 Trustee

Bank Name: The Bank of New York Mellon

Account Number/CD#: XXXXXX8205

Checking

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/21/14 | | Chicago Title and Trust Company | Proceeds from sale | | $15,881.68 | | $15,881.68 |
| | | | Gross Receipts $85,000.00 | | | | |
| | | 2011 to 2013 Tax Sale Redemption | Real estate taxes ($15,000.00) | 4700-000 | | | |
| | | Michael Hansbrough--Reimbursement of Calumet City stamps and water certification | Title closing costs and expenses ($366.20) | 2500-000 | | | |
| | | Prorated County Taxes 2013 and 2014 | Real estate taxes ($5,388.83) | 2500-000 | | | |
| | | Michael Hansbrough--Retain earnest money as part of commission | Real estate broker commission payment ($1,000.00) | 3510-000 | | | |
| | | Michael Hansbrough--Real Estate Broker Commission | Real estate broker commission payment ($3,250.00) | 3510-000 | | | |
| | | Michael Hansbrough--Reimbursement for repairs | Title closing costs and expenses ($2,662.04) | 2500-000 | | | |
| | | Chicago Title and Trust Company-- Improvement Escrow | Title closing costs and expenses ($22,000.00) | 2500-000 | | | |
| | | Chicago Title and Trust Company-- Recording Charges | Title closing costs and expenses ($52.00) | 2500-000 | | | |
| | | Chicago Title and Trust Company--Title charges | Title closing costs and expenses ($565.00) | 2500-000 | | | |
| | | Chicago Title and Trust Company-- Transfer taxes | Title closing costs and expenses ($127.50) | 2500-000 | | | |
| | | Seller Credit re owners policy | Title closing costs and expenses ($1,525.00) | 2500-000 | | | |
| | | Anton Sharpe--Repair reimbursement | Title closing costs and expenses ($525.00) | 2500-000 | | | |

UST Form 101-7-TDR (10/1/2010) *(Page: 19)*

Page Subtotals: $15,881.68 $0.00

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 13-33680
Case Name: Niaz Mirza

Taxpayer ID No: XX-XXX9732
For Period Ending: 02/12/2019

Trustee Name: Joji Takada, Chapter 7 Trustee
Bank Name: The Bank of New York Mellon
Account Number/CD#: XXXXXX8205
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Jose Juarez--Repair reimbursement | Title closing costs and expenses | ($425.07) | 2500-000 | | | |
| | | Studnicka and Associates--Survey | Title closing costs and expenses | ($350.00) | 2500-000 | | | |
| | | Sajja Mirza--Mortgagee | Mortgage payoff | ($15,881.68) | 4110-000 | | | |
| | 2 | | 314 157Th  Calumet, City | $85,000.00 | 1110-000 | | | |
| 07/24/14 | 100001 | Clerk, US Bankruptcy Court 291 S Dearborn St Chicago, IL 60604 Attn: Kelly Brennan | Filing Fee Deferred fee re: Motion to Sell | 2700-000 | | $176.00 | $15,705.68 |
| 08/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $15,695.68 |
| 08/22/14 | | Chicago Title and Trust Company | Real estate taxes Return of balance of 2012 real estate tax redemption escrow | 4700-000 | | ($1,416.26) | $17,111.94 |
| 09/08/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.44 | $17,088.50 |
| 10/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.50 | $17,065.00 |
| 10/14/14 | | Chicago Title and Trust Company | Return of Funds to Trustee Return of repair funds escrow from City of Calumet | 2500-000 | | ($9,500.00) | $26,565.00 |
| 11/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $32.20 | $26,532.80 |
| 12/05/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $38.17 | $26,494.63 |
| 01/08/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $39.39 | $26,455.24 |

Page Subtotals:   $0.00   ($10,573.56)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 13-33680 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Niaz Mirza | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX8205 |
| | Checking |
| Taxpayer ID No: XX-XXX9732 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/12/2019 | Separate Bond (if applicable): |

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/26/15 | | Transfer to Acct # xxxxxx9926 | Transfer of Funds | 9999-000 | | $26,455.24 | $0.00 |

| | | | |
|---|---|---:|---:|
| | COLUMN TOTALS | $15,881.68 | $15,881.68 |
| | Less: Bank Transfers/CD's | $0.00 | $26,455.24 |
| | Subtotal | $15,881.68 | ($10,573.56) |
| | Less: Payments to Debtors | $0.00 | $0.00 |
| | Net | $15,881.68 | ($10,573.56) |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $26,455.24 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8205 - Checking | $15,881.68 | ($10,573.56) | $0.00 |
| XXXXXX9926 - Checking | $423.67 | $26,594.91 | $0.00 |
|  | $16,305.35 | $16,021.35 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $95,694.65 |
| Total Net Deposits: | $16,305.35 |
| Total Gross Receipts: | $112,000.00 |